**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 99-2016**

—————————

TOMMY RAY COMBS,

Plaintiff - Appellant,

versus

ASHE COUNTY HEALTH DEPARTMENT, a group of de-
fendants consisting of Ashe County Health
Department, Mary Elizabeth Lyon Smith, M.D.,
former director Carl Tuttle, present director
Daniel Staley, Wanda Elliott, nurses super-
visor, Governor James B. Hunt, Charles D.
Reed, State Pharmacist, H. David Bruton, M.D.,
Secretary of Department of Health and Human
Services of N.C., Betty Chisley, Department of
Civil Rights Office of DHHS, Washington, DC,
Congressman Richard Burr, Kathy B. Manship,
Leslie J. Mann, Marie A. Chretien,

Defendant - Appellee.

—————————

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Statesville.  Richard L. Voorhees, Dis-
trict Judge.  (CA-99-64-5-V)

—————————

Submitted:  November 18, 1999       Decided:  November 23, 1999

—————————

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Tommy Ray Combs, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tommy Ray Combs appeals the district court's order dismissing his action filed pursuant to the Americans with Disabilities Act for failure to state a claim upon which relief can be granted. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Combs v. Ashe County Health Dep't, No. CA-99-64-5-V (W.D.N.C. July 12, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED